**David J. HEFFERNAN, as Judge, etc., et al., Plaintiffs in Error, v. STATE of Florida ex rel. Vernon C. SEAVER, Defendant in Error.**

Supreme Court of Florida.
Jan. Term, 1936.

Howard W. McCay, of Miami, for plaintiffs in error.

E. F. P. Brigham, of Miami, for defendant in error.

PER CURIAM.

Writ of error dismissed by order of Supreme Court.

**Edward S. HEMPHILL, as Guardian ad Litem for Hester M. Chalifoux, Appellant, v. W. L. McCALLEY, Jr., et al., Appellees (two cases).**

Supreme Court of Florida.
Jan. Term, 1936.

Daniel & Thompson, of Jacksonville, for the motion.

PER CURIAM.

Appeal dismissed on motion of counsel for appellees.

**Joseph E. HOWELL et al., Appellants, v. B. A. FRANKLIN, as Executor of the Last Will and Testament of William E. Franklin, Deceased, Appellee.**

Supreme Court of Florida.
Jan. Term, 1936.

John C. Blocker, of St. Petersburg, for appellants.

William G. King and Merle E. Rudy, both of St. Petersburg, for appellee.

PER CURIAM.

Appeal dismissed on motion of counsel for the respective parties.

**Elizabeth A. JOHNSON, Plaintiff in Error, v. Sidney MADDOCK, Defendant in Error.**

Supreme Court of Florida.
Jan. Term, 1936.

John J. Moore, of Stuart, for plaintiff in error.

H. J. Dame, of Fort Pierce, for defendant in error.

PER CURIAM.

Writ of error dismissed on motion of counsel for defendant in error.

**Velma Glenn Hodges LANEHART, Plaintiff in Error, v. Matrune MICHAELYAN, Defendant in Error.**

Supreme Court of Florida.
Jan. Term, 1936.

Paty, Warwick & Mooney, of West Palm Beach, for plaintiff in error.

Baker & White, of West Palm Beach, for defendant in error.

PER CURIAM.

Writ of error dismissed on motion of counsel for plaintiff in error.